United States District Court
Southern District of New York

---

Diogenes Nunez and Saturnio Santos,
Individually and on behalf of all others et al.,

                 Plaintiff(s)

-against-

Shirt Restaurant Corp. d/b/a Island Restaurant et al.,

                 Defendant(s)

**AFFIDAVIT OF SERVICE**

Civil Action No. 11 CIV 2553

---

State of New York )
                 ss:
County of Albany )

Mary M. Bonville, being duly sworn, deposes and says:

Deponent is over the age of eighteen and is a resident of New York State and is not a party to this action. That on April 15, 2011 at approximately 11:50 AM deponent served the following specific papers pursuant to Section 306 of the Business Corporation Law, Summons in a Civil Action and Class Action Complaint, that the party served was Shirt Restaurant Corp., a domestic business corporation, one of the defendants in this action, by personally serving two copies of the aforesaid papers at the office of the NYS Secretary of State located at 99 Washington Avenue, 6th Floor, in the City of Albany, New York by delivering to and leaving the papers with Donna Christie, a white female with blonde hair, being approximately 36-45 years of age; height of 5'4" - 5'8", weight of 130-160 lbs., being an authorized person in the Corporation Division of the Department of State and empowered to receive such service. That at the time of making such service, deponent paid the fee prescribed by Law in the amount of $40.00.

                                                                    _____
                                                                          Mary M. Bonville

Sworn to before me this 15th day of April, 2011

_____
Ruth A. Dennehey
Notary Public — State of New York
Qualified in Albany County
Registration No. 01DE4729775
Commission Expires: 11-30-2014