UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X

Diogenes Nunez Individually and on behalf of all other persons
similarly situated who were employed by Shirt Rest. Corp. dba
Island Rest. and/or any other entities affiliated with controlling,
or controlled by Shirt Rest. Corp. dba Island Restaurant and
John McLaughlin Saturnio Santos Individually and on behalf of
all other persons similarly situated who were employed by Shirt
Rest. Corp. dba Island Rest. and/or any other entities affiliated
with controlling, or controlled by Shirt Rest. Corp. dba Island
Restaurant and John McLaughlin
                       Plaintiff(s),                   11cv2553(GBD)
                                                                INITIAL PRETRIAL
      -against-                                   CONFERENCE

Shirt Restaurant Corp. and/or any other entities affiliated with,
controlling, or controlled by Shirt Restaurant Corp. d/b/a Island
Restaurant doing business as Island Restaurant John McLaughlin
in his official capacity John McLaughlin in his individual Capacity
                      Defendant(s).
----------------------------------------------------------------------X

TO:     The Attorney(s) for Plaintiff(s):

       This case has been designated an electronic case and has been assigned to this Court for all purposes. Counsel for all parties are required to promptly register as filing "USERS" in accordance with the procedure for Electronic Case Filing.

       Counsel for all parties are hereby directed to attend a conference at the time and place fixed below, for the purpose of Case Management and scheduling pursuant to Fed. R. Civ. P. 16. You are directed to furnish all attorneys in this action with copies of this order and enclosures, and to furnish chambers with a copy of any transmittal letter(s). If you are unaware of the identity of counsel for any of the parties, you must forthwith send a copy of the notice and rules to that party personally.

       An Initial pretrial conference will be held on **Wednesday, June 22, 2011 at 9:30 a.m.** at the United States District Courthouse, 500 Pearl Street, New York, New York, Courtroom 21D.

       No application for adjournment will be considered unless made within one week of the date of this application.

       Enclosed is a proposed Case Management Plan and Scheduling Order, pursuant to Rules 16 and 26 (f) of the Federal Rules of Civil Procedure. Counsel for all parties are directed to confer regarding the proposed plan and order. If the proposed schedule is agreeable to all parties, counsel shall sign and file the enclosed plan and order with the Court seven (7) days before the date of the initial pretrial conference. If counsel agrees that a different plan and schedule is appropriate, counsel shall sign and file a different proposed plan and schedule for the court's consideration seven (7) days before the date of the pretrial conference. In the absence of agreement, the Court, after hearing from counsel, will order a Case Management Plan and schedule at the conference. Absent extraordinary circumstances, the Plan shall provide that the case be ready for trial within six months.

       In addition to the matters covered in the Case Management Plan, counsel should also be prepared to address at the conference the factual and legal bases for their claims or defenses, any issue as to subject matter jurisdiction, and any other issue relevant to case management.

Dated: New York, New York
       April 26, 2011

                                                            SO ORDERED:

                                                            GEORGE B. DANIELS
                                                            United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 27 APR 2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X
Diogenes Nunez Individually and on behalf of all other
persons similarly situated who were employed by Shirt Rest.
Corp. dba Island Rest. and/or any other entities affiliated with
controlling, or controlled by Shirt Rest. Corp.dba Island
Restaurant and John McLaughlin Saturnio Santos Individually
and on behalf of all other persons similarly situated who were
employed by Shirt Rest. Corp. dba Island Rest. and/or any
other entities affiliated with controlling, or controlled by Shirt
Rest. Corp.dba Island Restaurant and John McLaughlin
      Plaintiff

      v            11cv2553(GBD)
                     CIVIL CASE MANAGEMENT
Shirt Restaurant Corp. and/or any other entities affiliated with, PLAN AND SCHEDULING ORDER
controlling, or controlled by Shirt Restaurant Corp. d/b/a Island
Restaurant doing business as Island Restaurant John McLaughlin
in his official capacity John McLaughlin in his individual Capacity
      Defendant

-------------------------------------------------------------------------------X

  After consultation with counsel for the parties, the following Case Management Plan is adopted.
This plan is also a scheduling order pursuant to Rules 16 and 26(f) of the Federal Rules of civil Procedure.

1.  No **Additional parties** may be joined after **July 13, 2011**.

2.  No amendment to the pleadings will be permitted after **July 13, 2011**

3.  Except for good cause shown, all **discovery** shall be commenced in time to be completed by **August 10, 2011**. The court expects discovery to be completed within 90 days of the first scheduling conference unless, after the expiration of that 90 days period, all counsel stipulate that additional time (not to exceed 60 more days) is needed to complete discovery. In such event, discovery may be extended by the parties on consent, without application to the Court, provided the parties are certain they can still meet the discovery completion date ordered by the Court. The discovery completion date shall not be adjourned except upon a showing of extraordinary circumstances.

4.  **Dispositive motions** are to be served by **September 14, 2011**. Answering papers are to be served within 14 days. Reply papers are to be served within seven (7) days. In the event a dispositive motion is made, the date for submitting the Joint Pretrial Order shall be changed from that shown herein to three(3) weeks from the decision on the motion. The final pretrial conference shall be adjourned to a date four (4) weeks from the decision on the motion.

5.  A final **pretrial conference** will be held on **October 12, 2011 at 9:30 a.m.**.

6.  The **Joint Pretrial Order** shall be filed no later than **October 19, 2011**. The requirements for the pretrial order and other pretrial submissions shall be governed by the Court's Individual Rules of Practice.

7.  **All motions and applications** shall be governed by the Court's Individual Rules of Practice.

8. The parties shall be **ready for trial** within 48 hours, notice on or after **November 9, 2011**. The estimated trial time is _____ days, and this is a (jury)(non-jury) trial.

9. The **Next Case Management Conference** will be held on **August 17, 2011 at 9:30 a.m.**.

Dated: April 26, 2011
      New York, New York

SO ORDERED:

_____
George B. Daniels
United States District Judge

_____
Attorney for Plaintiff

_____
Attorney for Defendant