

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIOGENES NUNEZ and SATURNIO SANTOS, individually and on behalf of all other person similarly situated who were employed by SHIRT RESTAURANT CORP. d/b/a ISLAND RESTAURANT and/or any other entities affiliated with, controlling or controlled by SHIRT RESTAURANT COPR. d/b/a ISLAND RESTAURANT and JOHN MCLAUGHLIN,<br><br>Plaintiffs,<br><br>-against-<br><br>SHIRT RESTAURANT CORP. d/b/a ISLAND RESTAURANT and/or any other entities affiliated with, controlling or controlled by SHIRT RESTAURANT COPR. d/b/a ISLAND RESTAURANT and JOHN MCLAUGHLIN in both his official and individual capacities,<br><br>Defendants. | Civil Action No. 11-CV-2553 (GBD) |

### STIPULATION EXTENDING DEFENDANTS' TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT

IT IS HEREBY STIPULATED BY THE UNDERSIGNED counsel for Plaintiffs, Diogenes Nunez and Saturnio Santos, on behalf of themselves and on behalf of all others similarly situated, and Defendants, sued herein as Shirt Restaurant Corp. and John McLaughlin (collectively, "Defendants") that Defendants shall have to and including June 23, 2011 to answer, move or otherwise respond to Plaintiffs' Complaint, and that no previous requests for extension of the current putative deadlines of May 6, 2011 and May 17, 2011 have been made. The parties further request that the Court reschedule the Initial Conference in this matter from June 22, 2011 to June 29, 2011, or another date convenient for the Court, so that Defendants can respond to the Complaint prior to appearing before the Court.

SO AGREED:

| | |
|---|---|
| VIRGINIA & AMBINDER LLP<br>111 Broadway, Suite 1403<br>New York, New York 10006<br>(212) 943-9080<br><br>By: _____<br>　　Lloyd Ambinder, Esq.<br>　　Kara Belofsky, Esq.<br><br>ATTORNEYS FOR PLAINTIFFS<br><br>Dated: May 11, 2011 | JACKSON LEWIS LLP<br>666 Third Avenue, 29th Floor<br>New York, New York 10017<br>(212) 545-4000<br><br>By: _____<br>　　Todd H. Girshon, Esq.<br>　　Noel P. Tripp, Esq.<br><br>ATTORNEYS FOR DEFENDANTS<br><br>May 12, 2011 |

SO ORDERED: **MAY 16 2011**

_____
Honorable Judge George B. Daniels