# G.E.S. TRANSLATION SERVICES

776 MANHATTAN AVENUE, BROOKLYN, NEW YORK 11222 · 718 389-8453

AMERICAN TRANSLATORS ASSOCIATION
CORPORATE MEMBER SINCE 1998

## CERTIFICATE OF ACCURACY

STATE OF NEW YORK,  )
                    )ss.:
COUNTY OF KINGS     )

On this day personally appeared before me Bozena Brzozowski, President of the G.E.S. Translation Services, who, after being duly sworn, deposes and says:

That the attached translation Number __080611C2.2 JP__ from English into Spanish has been carefully proofread and revised by a G.E.S. Translation Services freelance translator, Juan M. Pujol, who is thoroughly conversant with the English and Spanish languages; and

That the attached translation is true and correct, to the best of his/her knowledge and belief.

_____
Bozena Brzozowski
President, G.E.S. Translation Services

Subscribed and sworn to before me
this __10th__ day of __August, 2011__

_____
Edyta A. Piechota
Notary Public

EDYTA A PIECHOTA
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01PI6229492
COMM. EXP. October 12, 2014

Every care is taken to insure the accuracy of all translations. However, G.E.S. Translation Services, its divisions, affiliates, agents and employees shall not be liable for any damages due to error or negligence in translation or typing.

| Translation No. 080511C2.2JP |
|---|

**TRIBUNAL DEL DISTRITO DE LOS ESTADOS UNIDOS**
**DISTRITO SUR DE NUEVA YORK**

| *Diógenes Núñez & Saturnio Santos et al.* *v. Shirt Rest. Corp. d/b/a Island Restaurant et al.* <br><br>Expediente No.: 11-cv-2553 | **CONSENTIMIENTO PARA UNIRSE A LA DEMANDA** |
|---|---|

Por favor marque UNA de las siguientes opciones:

_____ A través de la presente designo a la firma de abogados Virginia & Ambinder, LLP, ("Firma"), 111 Broadway, Suite 1403, New York, NY 10006, teléfono (212) 943-9080 como mis abogados en este asunto. Autorizo a la Firma y a los nombrados Demandantes para que tomen decisiones sobre esta demanda incluyendo cualquier acuerdo a que se llegue.

_____ Deseo proceder con un abogado de mi elección, o por cuenta propia.

Firma: _____ Nombre (letra imprenta): _____

Dirección: _____

Código postal: _____ Apto. _____ Numero de teléfono: (____) _____

Correo electrónico: _____ @ _____ . _____

---

**EL ULTIMO DIA PARA REGISTRAR ESTE FORMULARIO DE CONSENTIMIENTO PARA UNIRSE A LA DEMANDA ES EL 30 DE SEPTIEMBRE DEL 2011**

**SI DESEA PARTICIPAR EN ESTA DEMANDA Y BUSCAR EL PAGO DE SALARIOS POR HORAS EXTRAS NO PAGADAS SEGÚN LA LEY SOBRE NORMATIVAS LABORALES JUSTAS, DEBERÁ ENVIAR POR CORREO EL FORMULARIO DE CONSENTIMIENTO PARA UNIRSE A LA DEMANDA CON SELLO POSTAL, A MÁS TARDAR, DEL 30 DE SEPTIEMBRE DEL 2011 A:**

**LLOYD AMBINDER, ESQ.**
**VIRGINIA & AMBINDER, LLP**
**111 BROADWAY, SUITE 1403**
**NEW YORK, N.Y. 10006**
**RE: ISLAND RESTAURANT**

**Si no firma y envía este formulario de Consentimiento para Unirse a la Demanda a más tardar el 30 de septiembre del 2011, es posible que no califique para participar en la porción de esta demanda que se basa en la LNLJ.**