# G.E.S. TRANSLATION SERVICES

776 MANHATTAN AVENUE, BROOKLYN, NEW YORK 11222 · 718 389-8453

AMERICAN TRANSLATORS ASSOCIATION
CORPORATE MEMBER SINCE 1998

## CERTIFICATE OF ACCURACY

STATE OF NEW YORK,  )
                    )ss.:
COUNTY OF KINGS     )

On this day personally appeared before me Bozena Brzozowski, President of the G.E.S. Translation Services, who, after being duly sworn, deposes and says:

That the attached translation Number __080511C1.2JP__ from English into Spanish has been carefully proofread and revised by a G.E.S. Translation Services freelance translator, Juan M. Pujol, who is thoroughly conversant with the English and Spanish languages; and

That the attached translation is true and correct, to the best of his/her knowledge and belief.

_____
Bozena Brzozowski
President, G.E.S. Translation Services

Subscribed and sworn to before me
this __10th__ day of __August, 2011__

_____
Edyta A. Piechota
Notary Public

EDYTA A PIECHOTA
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01PI6229492
COMM. EXP. __October 12, 2014__

Every care is taken to insure the accuracy of all translations. However, G.E.S. Translation Services, its divisions, affiliates, agents and employees shall not be liable for any damages due to error or negligence in translation or typing.

Translation No. 080511C1.2JP, p. 1

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
DISTRITO SUR DE NUEVA YORK

*Diógenes Núñez & Saturnio Santos et al.
v. Shirt Rest. Corp. d/b/a Island
Restaurant et al.*
Expediente No.: 11-cv-2553

## AVISO DE DEMANDA POR SUELDO Y POR HORAS

**Para:** Todos los individuos que trabajaron como cocineros, asistentes de cocinero, preparadores de comida, lavadores de platos, y/o cualquier otro trabajador de soporte que haya desempeñado trabajos relacionados con el negocio de restaurantes en ISLAND RESTAURANT ubicado en New York, NY desde el 19 de julio del 2008 hasta el presente. Esto no incluye a supervisores, funcionarios, personal ejecutivo, gerencial o administrativo.

- Este es un Aviso autorizado por el Tribunal para notificarle que una demanda colectiva podría afectar sus derechos legales. Esta no es una solicitud de trabajo por parte de un abogado.

- Los Demandantes Diógenes Núñez y Saturnio Santos ("Demandantes") son ex-empleados de Island Restaurant quienes han iniciado esta demanda en su propio nombre y por todos los demás empleados y ex-empleados que buscan el pago de salarios de horas extras supuestamente no pagados. A usted le podrían deber salarios por horas extras no pagadas si trabajó para Island Restaurant en algún momento entre el 14 de abril de 2005 hasta el presente.

- Los Demandados niegan enfáticamente cualquier acto incorrecto y/o responsabilidad y además niegan que algún empleado haya sido remunerado incorrectamente por su trabajo en algún momento.

- No se ha hecho ningún dictamen de que a usted se le adeuden salarios por horas extra, y el Tribunal no avala los méritos de esta demanda ni le está aconsejando que participe en esta acción. Usted no tiene obligación alguna de responder a este Aviso.

- **Usted tiene derecho a participar en esta acción aunque este indocumentado o le hayan pagado en efectivo.**

### 1. ¿Por qué recibí este aviso?

Usted ha recibido este aviso porque los documentos de Island Restaurant muestran que usted trabajó en Island Restaurant durante el período de tiempo estipulado.

### 2. ¿De qué se trata esta demanda?

Esta demanda tiene que ver con:

   (1) Si los empleados del restaurante fueron remunerados por horas extras a una y media veces sus salarios regulares por hora, por todas las horas que trabajaron por encima de las 40 horas por semana

Estas reclamaciones fueron introducidas según la Ley sobre Normativas Laborales Justas ("LNLJ"), y también según la ley estatal de Nueva York.

RECLAMACIONES SEGÚN LA LEY FEDERAL: Si trabajó para Island Restaurant entre el 19 de julio del 2008 y el presente, es posible que tenga derecho a cierta protección según la LNLJ si recibió menos de una vez y media (1.5x) de su salario regular por hora y si trabajó por encima de 40 horas por semana.

RECLAMACIONES SEGÚN LA LEY DE NUEVA YORK: Aún no ha sido certificado un colectivo para las reclamaciones que surjan según la ley de Nueva York. Según la ley de Nueva York, usted pudiera reclamar por remuneración de horas extras incorrectamente retenidas (trabajo desempeñado por encima de 40 horas a la semana) que daten del 14 de abril del 2005.

### 3. ¿Como me uno a esta demanda?

Si quisiera participar en esta demanda, deberá firmar y devolver puntualmente el formulario adjunto de "Consentimiento para Unirse a la Demanda" a más tardar el 30 de septiembre del 2011. Adjunto encontrará un sobre con franqueo pre pagado y con la dirección apropiada para su comodidad. Si el sobre adjunto llegara a perderse o extraviarse, el formulario de Consentimiento para Unirse a la Demanda deberá ser enviado a:

LLOYD AMBINDER, ESQ.
VIRGINIA & AMBINDER, LLP
111 BROADWAY, SUITE 1403
NEW YORK, N.Y. 10006
RE: ISLAND RESTAURANT

También puede enviar el formulario de Consentimiento para Unirse a la Demanda por fax al 212-943-9082, o por correo electrónico a islandrestaurant@vandallp.com

**Si no firma y devuelve el formulario de Consentimiento para Unirse a la Demanda antes del 30 de septiembre del 2011 es posible que no pueda participar en esta demanda.**

### 4. ¿Qué sucede si me uno a la demanda y que tendré que hacer?

Si decide unirse a la demanda, estará vinculado a cualquier dictamen, convenio compensatorio, o sentencia relativos a suscritos por los nombrados Demandantes. También tendrá que compartir lo que se recupere a través de cualquier convenio compensatorio o sentencia, dependiendo de sus fechas de empleo y de la manera en la cual le pagaron. Es posible que se le pida que ofrezca presentación de evidencias de manera oral o escrita o que testifique y que presente documentos pertinentes que usted pueda tener. Para participar en esta demanda, deberá firmar y devolver con prontitud el Formulario adjunto de "Consentimiento para Unirse a la Demanda" a más tardar el 30 de septiembre del 2011.

### 5. ¿Qué sucede si no hago nada?

Si decide no participar en esta demanda, no tendrá derecho a participar en la repartición de ningún monto que logren recuperar los Demandantes en el caso que tengan éxito obteniendo una indemnización a través de un juicio o por un convenio compensatorio de esta demanda. Además, ningún dictamen, sentencia o convenio compensatorio que resulte de esta demanda le afectará en lo absoluto. Usted tiene derecho a contratar a su propio abogado para que le represente y a introducir una demanda independiente. Sin embargo, si contrata a su propio abogado, es posible que sea responsable de pagarle a ese abogado. También debe saber que sus reclamaciones por horas y salarios según la ley federal están limitadas por una prescripción liberatoria de dos a tres años. Cualquier demora en unirse a esta acción, o el proceder independientemente, podría resultar en que algunas o todas sus posibles reclamaciones se venzan por ley.

### 6. ¿Qué buscan los Demandantes?

Los Demandantes buscan recuperar salarios por tiempo extra no pagado. Los Demandantes también buscan una indemnización por daños y perjuicios y recuperar honorarios y costos de abogados.

### 7. ¿Tendré un abogado en este caso?

Si decide unirse a esta demanda, y no designa a su propio abogado, será representado por Lloyd Ambinder y otros abogados de Virginia & Ambinder, LLP ubicados en 111 Broadway, Suite 1403, New York, New York, 10006; teléfono (212) 943-9080, número de fax (212) 943-9082; www.vandallp.com.

Si usted está siendo representado por Virginia & Ambinder, LLP, todos los honorarios profesionales serán pagados de lo que logre recuperarse. Si se produce un reintegro, los honorarios profesionales serán deducidos del convenio compensatorio obtenido o de la sentencia que ordene un pago a favor de los Demandantes, o es posible que el juez dicte una orden de que dichos honorarios sean pagados por los Demandados, o una combinación de ambas cosas. Si desea ser representado por Virginia & Ambinder, LLP y los Demandantes no logran recuperar ningún dinero, no tendrá que pagar los honorarios de los abogados.

También puede contratar a su propio abogado para que lo represente en esta demanda, pero es posible que usted sea responsable de pagarle a ese abogado.

### 8. ¿Qué sucede si Island Restaurant toma represalias en mi contra por participar en esta demanda?

Sería una violación de la ley federal y estatal que Island Restaurant o cualquiera de sus entidades afiliadas le despida, tome acción disciplinaria, o de alguna otra manera le discrimine o tome represalias en su contra por participar en esta demanda. Si usted piensa que ha sido penalizado, que le han discriminado, o han tomado acciones disciplinarias contra usted de alguna manera por haber recibido este aviso, por haber considerado participar o no en esta demanda, o por su efectiva participación en esta demanda, puede contactar a los abogados de los Demandantes o a cualquier abogado de su elección.

### 9. ¿Qué sucede si me han pagado en efectivo?

Tiene derecho a participar en esta acción aunque sea un extranjero indocumentado o le hayan pagado en efectivo.

### 10. ¿Que hago si aún tengo preguntas?

Si tiene preguntas relacionadas con esta demanda, o quisiera más información, puede comunicarse con el abogado de los Demandantes Lloyd Ambinder de Virginia & Ambinder, LLP al (212) 943-9080. Si necesita una traducción al español, por favor pregunte por Yeskenia Polanco.

**POR FAVOR NO SE COMUNIQUE CON EL SECRETARIO DEL TRIBUNAL SI TIENE PREGUNTAS REFERENTES A ESTA DEMANDA**

Fechado: 15 de agosto de 2011