# jackson|lewis
Attorneys at Law

Representing Management Exclusively in Workplace Law and Related Litigation

| Jackson Lewis LLP | | | |
|---|---|---|---|
| 666 Third Avenue | ALBANY, NY | DETROIT, MI | MILWAUKEE, WI | PORTLAND, OR |
| New York, New York 10017 | ALBUQUERQUE, NM | GREENVILLE, SC | MINNEAPOLIS, MN | PORTSMOUTH, NH |
| Tel 212 545-4000 | ATLANTA, GA | HARTFORD, CT | MORRISTOWN, NJ | PROVIDENCE, RI |
| Fax 212 972-3213 | BALTIMORE, MD | HOUSTON, TX | NEW ORLEANS, LA | RALEIGH-DURHAM, NC |
| www.jacksonlewis.com | BIRMINGHAM, AL | INDIANAPOLIS, IN | NEW YORK, NY | RICHMOND, VA |
| | BOSTON, MA | JACKSONVILLE, FL | NORFOLK, VA | SACRAMENTO, CA |
| | CHICAGO, IL | LAS VEGAS, NV | OMAHA, NE | SAN DIEGO, CA |
| | CINCINNATI, OH | LONG ISLAND, NY | ORANGE COUNTY, CA | SAN FRANCISCO, CA |
| | CLEVELAND, OH | LOS ANGELES, CA | ORLANDO, FL | SEATTLE, WA |
| | DALLAS, TX | MEMPHIS, TN | PHILADELPHIA, PA | STAMFORD, CT |
| | DENVER, CO | MIAMI, FL | PHOENIX, AZ | WASHINGTON, DC REGION |
| | | | PITTSBURGH, PA | WHITE PLAINS, NY |

DIRECT DIAL: (212) 545-4005
EMAIL ADDRESS: EKELMANF@JACKSONLEWIS.COM

November 14, 2011

**VIA FACSIMILE (212-805-6737)**

Hon. George B. Daniels
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl St.
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2 1 NOV 2011
```

Re: Diogenes Nunez and Saturnio Santos, et al. v. Shirt Restaurant Corp., et al.
Civil Case No.: 11 CV 2553

Dear Judge Daniels:

We are counsel to Defendants in the above matter. We write on behalf of both parties in furtherance of the Court's October 12, 2011 instructions that the parties provide a status update by today.[1] The parties have exchanged settlement offers, and negotiations are ongoing. We jointly request two weeks to continue these discussions, with another status update due on or before November 28, 2011 (after the Thanksgiving holiday). Thank you for your attention to this request.

Respectfully,

JACKSON LEWIS LLP

Felice B. Ekelman

NPT:dc

cc: Noel P. Tripp, Esq. (internal, via e-mail)
Kara Miller, Esq. (via e-mail)

**SO ORDERED:** 11/16/11

_____
U.S.D.J.

---

[1] This letter previously was submitted on November 11, 2011, but referenced the incorrect Index number.